# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re: Nicholas Mastroianni, II, Debtor  :    Case No. 03-13239

Chapter 7

### DECLARATION OF KENNETH D. SILVESTRI

KENNETH SILVESTRI, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I reside at 34 Gilbert Stuart Drive, East Greenwich, Rhode Island with my wife, Lori. We own this property.

2. Lori and I have been acquainted with the debtor, Nicholas Mastroianni, II ("Nick"), for at least ten years.

3. Approximately one year ago, Nick moved to Florida.

4. Since that time, when Nick comes to Rhode Island (approximately once a month), he stays at my house.

5. On each such occasion, Nick stays approximately two or three days.

6. To my knowledge, Nick does not have any other residence in the State of Rhode Island.

7. Nick does not pay me or Lori rent. He has offered to pay us rent on several occasions, but we have refused to accept this offer because of his financial situation.

8. Nick does not pay me or Lori $500 per month for any other reason.

I swear under penalty of perjury that the foregoing is true and correct.

_Kenneth D. Silvestri_
Kenneth D. Silvestri